**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**PATRICIA WOODBECK; for herself**
**and on behalf of those similarly**          CASE NO.: 2:20-CV-00846-SPC-NPM
**situated,**

        **Plaintiff,**

**v.**

**ROSIE'S CAFE & GRILL, INC., a**
**Florida Corporation, JOANNE**
**FITZGERALD AND IRVING GAVIN,**
**individually,**

        **Defendants.**

_____/

## MOTION FOR CLERK'S DEFAULT

Plaintiff, PATRICIA WOODBECK, by and through undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby move for the entry of a default by the Clerk of Court against Defendant, **ROSIE'S CAFE & GRILL, INC.,** a Florida Profit Corporation, **JOANNE FITZGERALD**, individually, and **IRVING GAVIN**, individually, for failure to serve any paper on the undersigned or file any paper required by law and states as follows:

1.      On October 26, 2020, Plaintiff filed her Complaint for overtime compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (the "FLSA").

2.      On October 30, 2020, Defendant, **ROSIE'S CAFE & GRILL, INC.,** was served with a summons and a Copy of the Complaint. *See* Affidavit of Service attached as Exhibit "A."

3. On November 6, 2020, Defendant, **JOANNE FITZGERALD**, individually**,** was served with a summons and a Copy of the Complaint. *See* Affidavit of Service attached as Exhibit "B."

4. On November 6, 2020, Defendant, **IRVING GAVIN**, individually, was served with a summons and a Copy of the Complaint. *See* Affidavit of Service attached as Exhibit "C."

5. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, and in accordance with Eleventh Circuit precedent, Defendant, **ROSIE'S CAFE & GRILL, INC.**, was required to file, through counsel, a pleading in response to the complaint within twenty-one (21) days of being served with the Complaint. As a result, Defendant's response to the Complaint was due on or before November 20, 2020.

6. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, and in accordance with Eleventh Circuit precedent, Defendant, **JOANNE FITZGERALD**, individually, was required to file a pleading in response to the complaint within twenty-one (21) days of being served with the Complaint. As a result, Defendant's response to the Complaint was due on or before November 27, 2020.

7. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, and in accordance with Eleventh Circuit precedent, Defendant, **IRVING GAVIN**, individually, was required to file a pleading in response to the complaint within twenty-one (21) days of being served with the Complaint. As a result, Defendant's response to the Complaint was due on or before November 27, 2020.

8. As of the filing of the instant Motion, and as confirmed by the Affidavit of Plaintiffs' counsel attached as Exhibit "D," Defendants failed to respond to the Complaint and

therefore, failed to plead or otherwise defend this case as provided by the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully request that in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the clerk enter a default against Defendants, **ROSIE'S CAFE & GRILL, INC.**, a Florida Profit Corporation, **JOANNE FITZGERALD**, individually, and **IRVING GAVIN**, individually, for failure to serve any paper on the undersigned or file any paper required by law.

Respectfully submitted,

MORGAN & MORGAN, P.A.

**/s/ *Jeffrey N. Del Rio*_____**
Jeffrey N. Del Rio, Esq.
FBN 0105849
Morgan & Morgan, P.A.
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 983-2959
Facsimile: (813) 229-4059
Email: JDelRio@forthepeople.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

**I hereby certify** that on this 1st day of December, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served via regular U.S. Mail and Certified Mail.  Parties may access this filing through the Court's electronic filing system.

*/s/ Jeffrey N. Del Rio*
Jeffrey N. Del Rio, Esq.
FBN 0105849
Morgan & Morgan, P.A.
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 983-2959
Facsimile: (813) 229-4059
Email: JDelRio@forthepeople.com
*Attorney for Plaintiff*