## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

PATRICIA WOODBECK, for
herself and on behalf of those
similarly situated

       Plaintiff,

v.                           Case No: 2:20-cv-846-SPC-NPM

ROSIE'S CAFE & GRILL, INC.,
JOANNE FITZGERALD and
IRVING GAVIN,

       Defendants.

_____/

## ORDER[1]

    Before the Court is a letter sent by Eugene Gavin (a nonparty) asking the Court to dismiss this case against his son Defendant Irving Gavin, who passed away a few weeks ago (Doc. 18).  It is improper for anyone to file letters requesting relief.  Local Rule 3.01(j).  What's more, the Court cannot simply dismiss defendants from an action based on letters sent by nonparties.  So the letter is struck from the docket.  Yet the letter notifies Plaintiff and the other Defendants of Irving Gavin's death.  So the parties should take note and file

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

any necessary dismissal or substitution. *See* Fed. R. Civ. P. 25(a) (governing the proper procedure following a party's death).

Accordingly, it is now

**ORDERED:**

The Court **STRIKES** nonparty Eugene Gavin's letter (Doc. 18).

**DONE** and **ORDERED** in Fort Myers, Florida on February 17, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record