UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA WOODBECK, for
herself and on behalf of those
similarly situated

       Plaintiff,

v.                                            Case No: 2:20-cv-846-SPC-NPM

ROSIE'S CAFE & GRILL, INC.,
JOANNE FITZGERALD and
IRVING GAVIN,

       Defendants.
_____/

# **ORDER**[1]

Before the Court is a sua sponte review of the case. The Court denied Plaintiff's motion for default judgment without prejudice. (Doc. 20). But Plaintiff—as the party entitled to a default judgment—neither renewed her motion nor identified unresolved issues necessary to entry of the default judgment. In accordance with the last Order, Plaintiff must do one of those two things. Local Rule 1.10(c). Failure to do so will result in dismissal of this action without further notice. Local Rule 1.10(d).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

Plaintiff must **RENEW** her motion for default judgment, or file a paper identifying each unresolved issue necessary to entry of default judgment, **on or before June 3, 2021**. **Failure to do so will result in dismissal of this action without further notice**.

**DONE** and **ORDERED** in Fort Myers, Florida on May 27, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record